*Law Revision*

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| DARIUS A. RICHARDSON, M.D., ) | Domestic Case No. DM361-01 |
| ) | |
| Plaintiff, ) | DECISION AND ORDER |
| ) | RE JEAN RICHARDSON'S |
| vs. ) | REQUEST FOR DISQUALIFICATION |
| ) | OF JUDGE MARAMAN |
| JEAN LORRAINE RICHARDSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came before the Honorable Katherine A. Maraman on Defendant Jean Richardson's Request for Disqualification of Judge Maraman. The Court, after having reviewed the Request, now issues its Decision and Order.

On or about November 28, 2012, Mrs. Richardson filed her Request for 7 GCA Section 6107 Disqualification of Judge Maraman ("Request") and served it on the Clerk of Court of the Superior Court via U.S. Mail. *See* November 28, 2012 Certificate of Service. 7 GCA Section 6107, however, requires that Mrs. Richardson personally serve her Request on Judge Maraman. *See Long-Term Credit Bank of Japan v. Superior Court of Guam*, 2003 Guam 10 ¶¶ 31-42 (finding that Section 6107 requires personal service be made on the judge). As a result of Mrs. Richardson's failure to personally serve the Request on Judge Maraman, service of the Request is defective and Judge Maraman is not obligated to submit a response to such Request.

**CONCLUSION**

Based on the foregoing, Mrs. Richardson's Request is **DENIED** without prejudice. *See People of Guam v. Johnny*, 2006 Guam 10 ¶¶ 10-15 (finding that a challenged judge may strike a Section 6107 statement of objection if service is defective). Although Mrs. Richardson's

1

*ORIGINAL*

Request is denied, the Court does note that all final orders in this case have been entered and the only outstanding issue involves the calculation of child support arrears.

**SO ORDERED** this _18th_ day of December, 2012.

HONORABLE KATHERINE A. MARAMAN
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

DEC 18 2012

Therese M. Blas
Deputy Clerk, Superior Court of Guam